No. 28104
No. 28111

**The People of the State of Colorado v. Robert Tillmon Reed, Jr.**

(592 P.2d 806)

Decided April 2, 1979.

William D. Harmsen, District Attorney, Christopher Seidman, Deputy, for plaintiff-appellant.

Woodrow, Roushar, Weaver & Withers, Victor T. Roushar, for defendant-appellee.

*En Banc.*

Per Curiam.

■ These appeals were consolidated and considered by this court with MR. JUSTICE ROVIRA not participating. MR. JUSTICE GROVES, MR. JUSTICE LEE, and MR. JUSTICE ERICKSON would affirm the judgments of the trial courts while MR. CHIEF JUSTICE HODGES, MR. JUSTICE PRINGLE, and MR. JUSTICE CARRI-GAN would reverse. Because this court, acting en banc, is equally divided in opinion, the judgments of the trial courts stand affirmed by operation of law. C.A.R. 35(e); *City and County of Denver v. Board of County Commissioners,* 145 Colo. 451, 359 P.2d 1031 (1961).